

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-9-2005

# James v. Nash

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-1864

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"James v. Nash" (2005). *2005 Decisions.* Paper 243.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/243

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

APS-13                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-1864
_____

ELMER JAMES, JR.,
Appellant
v.

WARDEN JOHN NASH

_____

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Civ. No. 05-CV-00498)
District Judge: Honorable Freda L. Wolfson

_____

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
October 14, 2005

Before: SLOVITER, MCKEE AND FISHER,  Circuit Judges.

(Filed November 9, 2005 )

_____

OPINION

_____

PER CURIAM

    Elmer James, Jr. appeals from an order of the United States District Court for the

District of New Jersey, denying his petition for habeas corpus.  In his petition, James

argued that the Bureau of Prisons (BOP) was miscalculating his "good time credits"

pursuant to 18 U.S.C. § 3624(b). James argued that the BOP incorrectly based its calculations on the number of days actually served rather than the length of the sentence imposed.

We recently addressed the identical arguments in O'Donald v. Johns, 402 F.3d 172 (3d Cir. 2005). We concluded, as did the District Court here, that the BOP's interpretation of the statute, which utilizes a formula based on the time actually served, is reasonable. We therefore will affirm the District Court's order.